**Howard CLIFTON, Appellant,**

v.

**STATE of Texas, Appellee.**

**No. 31214.**

Court of Criminal Appeals of Texas.

Dec. 9, 1959.

872

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is a conviction for the sale of whisky in a dry area, with punishment assessed at a $200 fine.

The notice of appeal herein appears only as a docket entry upon the trial court's docket; it is not shown to have been entered of record in the minutes of the court.

The notice of appeal must be entered of record, as required by Art. 827, Vernon's Ann.C.C.P. A docket entry upon the trial court's docket is not sufficient to confer jurisdiction upon this court. Martinez v. State, 157 Tex.Cr.R. 91, 246 S.W.2d 633; Keilmann v. State, 162 Tex.Cr.R. 603, 288 S.W.2d 113.

The appeal is dismissed.